**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re**: } | |
| } | Case No. 10-11724 |
| William Hastings } | |
| Amy Hastings } | Chapter 13 |
| } | |
| **Debtor** } | |

<u>VOLUNTARY DISMISSAL OF BANKRUPTCY PETITION</u>

COME NOW, William and Amy Hastings, Debtors in the above captioned bankruptcy

case and states as follows:

1. We are the Debtors in the above-captioned matter;

2. We move to voluntarily dismiss our current Chapter 13 bankruptcy.


<u>/s/ William Hastings</u>

William Hastings


<u>/s/ Amy Hastings</u>

Amy Hastings