# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
William Edward Hastings  
35738 Traci Drive  
Laurel, DE 19956  
**SSN:** xxx–xx–3394

**Chapter:** 13

**Case No.:** 10–11724–BLS

Amy Hastings  
35738 Traci Drive  
Laurel, DE 19956  
**SSN:** xxx–xx–3190

## NOTICE OF DISMISSAL

YOU ARE HEREBY NOTIFIED that the debtor(s) has exercised the right to dismiss its chapter 13 petition. The case was dismissed on **6/26/13**.

David D. Bird, Clerk

Dated: 6/26/13

(VAN–016)